1   Lizabeth M. Conran, *pro hac vice*
    lmc@greensfelder.com
2   David M. Harris, *pro hac vice*
    dmh@greensfelder.com
3   David Simmons, *pro hac vice*
    ds@greensfelder.com
4   10 S. Broadway, Suite 2000
    St. Louis, MO  63102
5   Phone:  (314) 241-9090
    Fax:  (314) 345-5488
6
    Attorneys for Defendant BP West Coast
7   Products LLC

8

9              UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF ARIZONA

11  Arizona Oil Holdings, LLC, et al.,

12              Plaintiffs,              No. 2:14-cv-00569-GMS

13      v.

14  BP West Coast Products LLC,          **REPORT ON SETTLEMENT TALKS
                                         AND MEDIATION**
15              Defendant.

16

17          COMES NOW Defendant BP West Coast Products, LLC ("BPWCP"), by and

18  through its undersigned attorneys, and pursuant to the Court's Case Management Order, files

19  this Report on Settlement Talks and Mediation and states as follows:

20          1.      The Court's Case Management Order entered on August 8, 2014 requires the

21  parties to meet in person and engage in good faith settlement talks no later than August 3,

22  2015.  (See Doc. 44.)  The Case Management Order further requires the parties to file with

23  the Court a joint report on settlement talks upon the completion of such settlement talks and

24  indicate whether the parties need the Court's assistance in seeking settlement of the case.

25  (Id.)

26

---

Page 1

1

2        2.     For the purpose of having in person, good faith settlement discussions, on

3   May 12, 2015, the parties participated in an all-day mediation with a mutually agreed upon

4   mediator, Shawn Aiken, at Mr. Aiken's office.  The mediation lasted approximately 9 hours concluding around 6:30 p.m.

5        3.     Unfortunately, the mediation was unsuccessful in resolving the case.

6
7        4.     BPWCP does not seek the Court's assistance with settling the case at this time.

8
9        5.     Counsel for BPWCP sent a draft joint report on settlement talks to counsel for

10  Plaintiff, Don Stevens, for his review and signature for the purpose of filing a joint report on

11  settlement talks pursuant to the Case Management Order.  Mr. Stevens, however, declined to

12  sign the proposed joint report, leaving BPWCP with no choice but to file this report separately.

13
14  Dated this 19th day of May, 2015     GREENSFELDER, HEMKER & GALE, P.C.

15              /s/ David Simmons
                Lizabeth M. Conran, *pro hac vice*

16              lmc@greensfelder.com
                David M. Harris, *pro hac vice*

17              dmh@greensfelder.com
                David Simmons, *pro hac vice*

18              ds@greensfelder.com
                10 S. Broadway, Suite 2000

19              St. Louis, MO  63102
                Phone:  (314) 241-9090

20              Fax:  (314) 345-5488

21              Doug C. Northup
                dnorthup@fclaw.com

22              Fennemore Craig
                2394 East Camelback Road, Suite 600

23              Phoenix, AZ  85016
                Phone:  (602) 916-5000

24              Facsimile:  (602) 916-59999

25              ***Attorneys for Defendant BPWCP***

26

1

## **CERTIFICATE OF SERVICE**

2

3

      The undersigned hereby certifies that the foregoing was served upon the following counsel of record by electronic transmission using the Court's ECF/CM filing system this 19th day of May, 2015:

4

Don Stevens, Esq.
Law Office of Don Stevens P.C

5

15433 N. Tatum Blvd., Suite 106
Phoenix, AZ 85032

6

don@donstevenslaw.com

7

*Attorney for Plaintiffs*

8

                        _____/s/ David Simmons_____

9

1541170

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26